**FILED**

01/19/2022

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 21-0313

IN THE SUPREME COURT OF THE STATE OF MONTANA

DA 21-0313

_____

JADE HIGGINS, for the benefit of her
minor son, E.A.,

      Appellant,

    v.

TERESA AUGUSTINE, M.D.,

      Appellee.

O R D E R

_____

Pursuant to the Internal Operating Rules of this Court, this cause is classified for submission on briefs to a five-justice panel of this Court.

The Clerk is directed to provide a copy hereof to all counsel of record and to the Honorable Michael F. McMahon, District Judge.

For the Court,

Electronically signed by:
Mike McGrath
Chief Justice, Montana Supreme Court
January 19 2022